FILED

NOV - 3 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30144-NJR |
| | ) | |
| WILLIE JAMES HERNDON, | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | Section 922(g)(1) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
**FELON IN POSSESSION OF A FIREARM**

On or about October 16, 2026, in Saint Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**WILLIE JAMES HERNDON,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE OF FIREARMS ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**WILLIE JAMES HERNDON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in Count 1 of this Indictment, including but not limited, to the following: An ABC-15 rifle with scope and any and all ammunition contained therein.

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.10.29 19:51:41 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

ALEXANDRIA BURNS
Assistant United States Attorney